UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THADDEUS L. ANDERSON, JR.,

    Plaintiff,

v.                                         Case No.  5:21-cv-91-RV/MJF

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY, *et al.*,

    Defendants.
_____/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 6, 2022 (ECF No. 38). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.[1]

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

---

[1] As noted above, the Report and Recommendation was dated April 6, 2022. On April 28, 2022, the plaintiff filed a document entitled "Notice of Delay" (ECF No. 40), which I construed as a motion for extension of time to file objections to the Report and Recommendation. I granted the motion and allowed the plaintiff until May 16, 2022 to file his objections. To date, no objections have been filed.

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with a court order.

3. The clerk of the court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 25th day of May 2022.

                        s/ *Roger Vinson*
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**